# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Joel Lake, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> Encompass Property and Casualty Company, § <br> § <br> Defendant. § | CIVIL ACTION NO.  2:17-CV-555-JRG |

## ORDER

Before the Court is Defendant Encompass Property and Casualty Company's Motion to Change Venue under 28 U.S.C. § 1404(a) to the Tyler Division of the Eastern District of Texas (Dkt. No. 4) ("the Motion").  Having considered the Motion and the relevant authorities, the Court finds that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that this case be and it is transferred to the Tyler Division of the Eastern District of Texas. The Clerk of the Court shall forthwith take such steps as are needed to effectuate the transfer.  Furthermore, the undersigned shall retain responsibility for this matter following transfer.

**So ORDERED and SIGNED this 27th day of October, 2017.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE